**JUDGE KARAS**

**07 CV 6074**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

DATAART ENTERPRISES, INC.,

        Plaintiff,

-against-

ENTERWORKS, INC.

        Defendant.
-----------------------------------x

Index No.

JUN 2 7 2007

FRCP 7.1 STATEMENT

ECF CASE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, DataArt Enterprises, Inc. (a private non-governmental party) certifies that DataArt Enterprises, Inc. does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
      June 26, 2007

LYNCH ROWIN LLP

By: _____
    Marc Rowin (MR 6758)
630 Third Avenue
New York, New York 10017
(212) 682-4001
Attorneys for Plaintiff DataArt
   Enterprises, Inc.