%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DATAART ENTERPRISES, INC.

V.

ENTERWORKS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 6074

JUDGE KARAS

TO: (Name and address of Defendant)

ENTERWORKS, INC.
19886 Ashburn Road
Ashburn, Virginia 20147

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LYNCH ROWIN LLP
630 Third Avenue
New York, New York 10017
(212) 682-4001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 27 2007

J. MICHAEL McMAHON                                         DATE
CLERK

(By) DEPUTY CLERK

○ AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | July 25, 2007 at 2:00 p.m. |
| NAME OF SERVER *(PRINT)*  Clark J. Reynolds | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Enterworks, Inc., 19866 Ashburn Road, Ashburn, Virginia

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service on Leslie Veal, Legal Department Enterworks, Inc. authorized to accept service on behalf of Kristie McDonald, VP Finance/Administration of Enterworks, Inc.
Ms. Veal is a black female with black hair, she is approximately 25-35 years old, 5'-5'2" tall, 140-160 pounds

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 26, 2007
                    Date

*Signature of Server*

3805 Richard Ave., Fairfax, VA 22031
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DATAART ENTERPRISES, INC.

V.

ENTERWORKS, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

07 CV 6074

JUDGE KARAS

TO: (Name and address of Defendant)

ENTERWORKS, INC.
19886 Ashburn Road
Ashburn, Virginia 20147

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LYNCH ROWIN LLP
630 Third Avenue
New York, New York 10017
(212) 682-4001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 27 2007

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

O AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 25, 2007 at 2:00 p.m. |
| NAME OF SERVER (PRINT)   Clark J. Reynolds | TITLE   Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:   Enterworks, Inc., 19886 Ashburn Road, Ashburn, Virginia

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Corporate Service on Leslie Veal, Legal Department Enterworks, Inc. authorized to accept service on behalf of Robert Lewis, President of Enterworks, Inc.
Ms. Veal is a black female with black hair, she is approximately 25-35 years old, 5'-5'2" tall, 140-160 pounds

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 26, 2007
                    Date

*Signature of Server*

3805 Richard Ave., Fairfax, VA 22031
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.